# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00170-01-CR-W-BP |
| ) | |
| WILLIAM C. MCGEE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On June 26, 2018, the Grand Jury returned a one-count Indictment charging that on or about June 13, 2018, in the Western District of Missouri, the Defendant, William C. McGee, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government:  Jeffrey Quinn McCarther; second chair unknown at this time
    Case Agent:  Detective Ken Royster, Independence Police Department
    Defense: Carie Allen; second chair potentially Todd Schultz
    Investigator: Ashley Plowden

**OUTSTANDING MOTIONS**:  no outstanding motions

**TRIAL WITNESSES**:
    Government:  6 with stipulations; 8 without stipulations
    Defendants:   3 witness, including the Defendant

**TRIAL EXHIBITS**
    Government:  approximately 60 exhibits
    Defendant:    no more than 15 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    (x) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
    Government's case including jury selection: 2 day(s)
    Defense case: 1 day(s)

**STIPULATIONS**: Parties have agreed to the interstate nexus regarding the firearm and Defendant's prior felony conviction.

**UNUSUAL QUESTIONS OF LAW:** no

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: **Due on or before March 12, 2019.**
        Defense: Proposed Witness list filed March 4, 2019
            **Updated Witness list and exhibit list due on or before March 12, 2019.**

    Counsel are requested to list witnesses in alphabetical order on their witness list.

    **Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, March 20, 2019.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before March 20, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for March 25, 2019.

    **Please note:** Defense counsel would prefer the second week as she is out of the country until March 22nd. Government is available both weeks but has one other case (Dixon 17-328) potentially on the March 25th trial docket.


**IT IS SO ORDERED.**

                                      */s/ Lajuana M. Counts*
                                      LAJUANA M. COUNTS
                                      UNITED STATES MAGISTRATE JUDGE